United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL APOLLO GORNICK,

Plaintiff,

v.

PBSP-MEDICAL/CDCR, et al.,

Defendants.

Case No. 14-cv-03124-KAW

**ORDER DENYING REQUEST FOR CONTINUANCE**

Re: Dkt. No. 84

Plaintiff has filed a motion for a 60-day continuance in which to respond to Defendants' motion for reconsideration. Defendants' motion for reconsideration has been denied. Therefore, Plaintiff's motion for a continuation is DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 27, 2016

KANDIS A. WESTMORE
United States Magistrate Judge

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 PAUL APOLLO GORNICK,

Plaintiff,

Case No. 14-cv-03124-KAW

8

9 v.

10 PBSP-MEDICAL/CDCR, et al.,

**CERTIFICATE OF SERVICE**

11 Defendants.

12

13

14

15

16

17

18

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

19

20

21

Paul Apollo Gornick
P-10021
KVSP A5 #228
PO Box 5101
Delano, CA 93216

22

23

Dated: May 27, 2016

24

25

26

27

28

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable KANDIS A. WESTMORE

2

*United States District Court*
*Northern District of California*