1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    PAUL APOLLO GORNICK,                        Case No.  14-cv-03124-KAW   (NJV)

              Plaintiff,
8
         v.                                      **REPORT OF PRO SE PRISONER**
9                                                **EARLY SETTLEMENT PROCEEDING**

10   PBSP-MEDICAL/CDCR, et al.,

              Defendants.
11

12

13          A settlement conference was held on May 27, 2016, and the results of that proceeding are

14   indicated below:

15          (1)  The following individuals, parties, and/or representatives participated in the

16               proceeding, and each possessed the requisite settlement authority:

17               ( X )  Plaintiff, Paul Apollo Gornick, Sr., Pro Se

18               (  )  Warden or warden's representative

19               ( X )  Office of the California Attorney General, Virginia Papan

20               (  )  Other:

21          (2)  The following individuals, parties, and/or representatives did not appear:

22          _____

23          (3)  The outcome of the proceeding was:

24               ( X )  The case has been completely settled.

25               (  )  The case has been partially resolved and counsel for defendants shall file a joint

26          stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

27          attached remain for this Court to resolve.

28

United States District Court
Northern District of California

1    ( ) The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: May 27, 2016



4    _____

      NANDOR J. VADAS
5    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    PAUL APOLLO GORNICK,                      Case No.  14-cv-03124-KAW   (NJV)

              Plaintiff,

8
              v.                               **CERTIFICATE OF SERVICE**

9
     PBSP-MEDICAL/CDCR, et al.,

10
              Defendants.

11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14          That on May 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing

15   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17   receptacle located in the Clerk's office.

18

19   Paul Apollo Gornick
     P-10021
20   KVSP A5 #228
     PO Box 5101
21   Delano, CA 93216

22

23   Dated: May 27, 2016

24

25                                             Susan Y. Soong
                                               Clerk, United States District Court

26

                                               By:
27

                                               Gloria Knudson, Deputy Clerk to the
28                                             Honorable NANDOR J. VADAS

                                               3