UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL APOLLO GORNICK,<br><br>      Plaintiff,<br><br>   v.<br><br>PBSP-MEDICAL/CDCR, et al.,<br><br>      Defendants. | Case No. 14-cv-03124-KAW<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED this case is DISMISSED in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court within sixty (60) days, with proof of service of a copy thereon to the opposing party or counsel, that the agreed consideration for said settlement has not been delivered over, then the foregoing Order and accompanying Judgment shall stand vacated and this case shall forthwith be reopened and further dispositive motions scheduled.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 6/3/16

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge